No. 76–605.   FRIDRICH ET AL. v. BRADFORD ET AL.   C. A. 6th Cir.  Certiorari denied.   MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–684.   ESTELLE, CORRECTIONS DIRECTOR v. BRUCE. C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 76–708.   FIREMAN'S FUND INSURANCE Co. v. VIDEFREEZE CORP. ET AL.   C. A. 3d Cir.   Motion to strike portion of petition for certiorari and other relief denied.   Certiorari denied.

No. 76–723.   ROSS v. MORALES.   C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE STEWART and MR. JUSTICE POWELL would grant certiorari.